United States District Court
For The

District of New Jersey

**FILED**

NOV 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
      DEPUTY CLERK

| | | |
|---|---|---|
| New Sensations, Inc.<br>Plaintiff | )<br>)<br>) | Civil Action No. CV-11-2770-MEJ |
| v. | )<br>) | |
| Does 1-1474<br>Defendant | )<br>) | 2:11-mc- 0089 GEB CKD |

## MOTION TO QUASH SUBPOENA

Curry Custom Computers a California single owner operator non-commercial company, Moves the Court for an Order Quashing the subpoena upon it By New Sensations, Inc. In Support of this motion, I state :

1. Curry Custom Computers did not download a motion picture designated as the Big Bang Theory A XXX parody /PA0001682229 at 3:17 PM on May 23, 2011.
2. Curry Custom Computers is in the business of computer hardware sales and repair
3. Curry Custom Computers maintains internet access for computers that are in my shop for repair. Therefore it is theoretically possible for a computer infected with a virus could potentially have downloaded a motion picture. Curry Custom Computer has no record to this effect.
4. It is possible that a computer that was in my shop for repair could have been already downloading Big Bang Theory A XXX parody and it completed while under repair at my shop and furthermore it is the theoretically possible that the file was spread out to another computer on my network due to a virus.
5. Curry Custom Computers believes the subpoena should be squashed for the following reasons:(a) it has no records of such a download; (b) given the number of computers in and out of my shop there would be no way to determine what computer potentially downloaded the motion picture referenced above, if it happened at all.
6. The subpoena serves no other purpose beyond harassment and annoyance of Curry Custom Computers.

**WHEREFORE**, Curry Custom Computers hereby moves the court for an order quashing the subpoena served upon it, as described above in that is unreasonable burdensome and, for all intents and purposes, impossible to comply with for the reasons stated above.

*[signature]*

Respectfully Submitted

Curry Custom Computers

By _____

Jonathan Curry
Owner, Curry Custom Computers
Elk Grove, CA 95829

## CERTIFICATE OF SERVICE

I Cerfify that the above and foregoing pleadiong was deposited in the United States mail with postage prepaid, addressed to the Law Offices of Ira M. Siegel c/o BRS 125 Route 526 Allentown , NJ 08501-2016 and to Law offices of Ira M. Siegel, 433 N. Camden Drive , Suite 970, Beverly Hills, CA 90210, and to United States District Court for the Distict of New Jeresey Clarkson S. Fisher Bldg. & US Courthouse 402 East State Street Rm 2020 Trenton, NJ 08608 on the 14th of November 2011.

_____
Jonathan Curry